# United States Court of Appeals

### For the Eighth Circuit

_____

No. 16-3265

_____

Gary Black

*Plaintiff - Appellant*

v.

Moneygram Payment Systems, Inc.; Wal-Mart Stores, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: March 2, 2017
Filed: March 13, 2017
[Unpublished]

_____

Before COLLOTON, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Gary Black appeals following the district court's[1] adverse grant of summary judgment in his diversity action. After careful review of the record below, the parties'

_____

[1]The Honorable Audrey G. Fleissig, United States District Court Judge for the Eastern District of Missouri.

submissions on appeal, and the issues properly before us, <u>see</u> <u>Beaulieu v. Ludeman</u>, 690 F.3d 1017, 1024 (8th Cir. 2012) (standard of review in reviewing grant of summary judgment), we conclude that the district court properly granted summary judgment on the record before it, and that Black's arguments for reversal lack merit.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____